# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-1449

**Short Case Caption:** North East Mobile Health Services v. Sec'y of Veterans Affairs

**Filing Party** North East Mobile Health Services

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether the CBCA erred in granting Appellee's motion for summary judgment; whether the CBCA erred in denying Appellee's cross-motion for summary judgment

Relief awarded below (if damages, specify): ■ None/Not Applicable

Briefly describe the judgment/order appealed from:

The CBCA concluded that the contract does not permit NEMHS to bill for round-trip loaded transports as follows: for the out let, a base rate and all mileage over 25 miles for that leg, and for the return leg, a base rate and all mileage for that leg. The CBCA also rejected NEMHS's course of dealing, waiver, good faith and fair dealing, and equitable estoppel arguments based on the parties' extensive course of dealing under this and related contracts.

| Nature of Judgment (select one:) | Date of Judgment: |
|---|---|

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Date: 03/02/2026

Signature: Oliver Mac Walton

Digitally signed by: Oliver Mac Walton
DN: CN = Oliver Mac Walton email = owalton@dwmlaw.com C = US
Date: 2026.03.02 14:56:07 -05'00'

Name: Oliver Mac Walton