**UNITED STATES**
**CIVILIAN BOARD OF CONTRACT APPEALS**

**VIA ELECTRONIC MAIL**

March 16, 2026

Jerrett B. Perlow, Clerk
United States Court of Appeals
   for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439

**Subject:**    *North East Mobile Health Services v. Secretary of Veterans Affairs*
              **(CAFC No. 26-1449)**

Dear Mr. Perlow:

The Board acknowledges receipt on February 19, 2026, of the Court's request for a certified list in *North East Mobile Health Services v. Secretary of Veterans Affairs*, CAFC No. 26-1449, as described in Federal Rule of Appellate Procedure 17(b), to be transmitted to your office.

Enclosed herewith is a certified list of the record of the proceedings before this Board. The Board is retaining the record as described in Federal Circuit Rule 17(a), subject to further orders from the Court.

Sincerely,

*Scott W. Sylke*
SCOTT W. SYLKE
Clerk of the Board

Enclosure (as stated)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing letter, with the enclosed Certified List of Record of Board Proceedings, was sent via electronic mail on this 16th day of March, 2026, to the following:


Patricia M. McCarthy, Esq.
Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
c-natcourts.appeals@usdoj.gov

Borislav Kushnir, Esq.
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
steven.kushnir@usdoj.gov

Oliver Mac Walton, Esq.
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101
owalton@dwmlaw.com

cc:

Jennifer L. Hedge, Esq.
Office of General Counsel
U.S. Department of Veterans Affairs
1010 Delafield Road
Pittsburgh, PA 15215
jennifer.hedge2@va.gov

*Scott W. Sylke*
SCOTT W. SYLKE
Clerk of the Board

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

| | |
|---|---|
| NORTH EAST MOBILE HEALTH SERVICES, | ) ) ) |
| Appellant, | ) ) |
| v. | ) ) CAFC No. 26-1449 |
| SECRETARY OF VETERANS AFFAIRS, | ) ) |
| Appellee. | ) ) |

_____ )

CERTIFIED LIST OF RECORD OF BOARD PROCEEDINGS

The final decision of the United States Civilian Board of Contract Appeals (CBCA or Board) that is before the Court for review is the Board's decision of October 16, 2025, in *North East Mobile Health Services v. Department of Veterans Affairs*, CBCA 8381. The record in CBCA 8381 consists of the Board's correspondence files and the Rule 4 appeal file. A chronological list of these records, including a description of each record, follows.

I.    The Board's correspondence files include the following records:

No.:    Date Filed:    Description:

1.    03/13/2025    Appellant's Notice of Appeal, Request for Accelerated Procedure, and Entry of Appearance (Oliver Mac Walton of Drummond Woodsum).

2.    03/14/2025    Board's Notice of Docketing and Assignment of Board Judge Erica S. Beardsley.

3.    03/19/2025    Respondent's Notice of Appearance (Jennifer L. Hedge).

4.    03/21/2025    Appellant's Notice of Appearance (Jeana M. McCormick of Drummond Woodsum).

5.    03/21/2025    Appellant's Notice of Appearance (Jennifer S. Riggle of Drummond Woodsum).

No.:     Date Filed:     Description:

6.     03/25/2025     Respondent's Objection to Accelerated Procedures.

7.     03/26/2025     Board's Order on Further Proceedings.

8.     04/08/2025     Respondent's Motion for a Protective Order.

9.     04/09/2025     Appellant's Complaint.

10.     04/09/2025     Respondent's Email Confirming Transmission of Its Rule 4 Appeal File.

11.     04/10/2025     Board's Protective Order.

12.     04/21/2025     Appellant's Letter Transmitting Its Rule 4 Appeal File.

13.     04/22/2025     Respondent's Answer to Complaint.

14     04/24/2025     Appellant's Letter Transmitting Replacement Exhibits for Appellant's Complaint and Its Rule 4 Appeal File Supplement in Compliance with the Board's Protective Order.

15.     04/30/2025     Parties' Proposed Scheduling Order.

16.     05/01/2025     Board's Scheduling Order.

17.     06/24/2025     Appellant's Motion for Summary Judgment with Incorporated Memorandum of Law.

18.     06/24/2025     Appellant's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment.

19.     06/24/2025     Respondent's Motion for Summary Judgment. (**CONTAINS PROTECTED MATERIAL**)

20.     06/24/2025     Respondent's Statement of Undisputed Material Facts. (**CONTAINS PROTECTED MATERIAL**)

No.:     Date Filed:     Description:

21.      07/24/2025      Appellant's Opposition to Respondent's Motion for Summary Judgment.

22.      07/24/2025      Appellant's Statement of Genuine Issues with Declarations of Robert Russell and Jeana M. McCormick.

23.      07/24/2025      Respondent's Opposition to Appellant's Motion for Summary Judgment.

24.      07/24/2025      Respondent's Statement of Genuine Issues.

25.      08/08/2025      Appellant's Reply to Respondent's Opposition to Appellant's Motion for Summary Judgment.

26.      08/08/2025      Respondent's Reply in Support of Its Motion for Summary Judgment.

27.      10/16/2025      Board's Decision Denying Appeal. (**OPINION ISSUED UNDER PROTECTIVE ORDER**)

28.      10/16/2025      Board's Order Regarding Redactions.

29.      10/17/2025      Respondent's Response to the Board's Order Requesting Redactions.

30.      10/22/2025      Respondent's Notification of Agency Attorney Furlough.

31.      10/24/2025      Board's October 16, 2025 Decision Publicly Released in Its Entirety.


II.      The Rule 4 file compendium, submitted by the respondent and supplemented by the appellant, includes the following:

a.       Respondent's Rule 4 Appeal File, received by the Board on April 9, 2025, consists of exhibits 1 through 24 and was submitted via the Board's Secure File Transfer Protocol (SFTP) Portal. A complete index with document dates and document descriptions is attached as enclosure 1.

b.     Appellant's Rule 4 Appeal File Supplement, received by the Board on April 21, 2025, consists exhibits 25 through 31 and was submitted via electronic filing. Appellant submitted replacement exhibits in compliance with the Board's protective order via electronic filing on April 24, 2025. A complete index with document dates and document descriptions is attached as enclosure 2. (**CONTAINS PROTECTED MATERIAL**)

    I, Scott W. Sylke, Clerk of the United States Civilian Board of Contract Appeals, certify that the list above represents the contents of the record relied upon by the Board in issuing the decision of October 16, 2025, in *North East Mobile Health Services v. Department of Veterans Affairs*, CBCA 8381, which is currently on appeal before the United States Court of Appeals for the Federal Circuit.

Dated: March 16, 2026

*Scott W. Sylke*

SCOTT W. SYLKE
Clerk of the Board
Civilian Board of Contract Appeals
1800 M Street, NW, 6th Floor
Washington, DC 20036
Telephone: (202) 606-8800

# Enclosure 1

# CBCA 8381

## North East Mobile Health Services v Department Of Veterans Affairs
### 36C24119D0030

**Rule 4 File**

**Table of Contents**

| EXHIBITS | DOCUMENT | DATE | PAGES |
|---|---|---|---|
| Exhibit 001 | Solicitation | 27-Aug-19 | 70 |
| Exhibit 002 | Amendment 0001 | 10-Sep-19 | 2 |
| Exhibit 003 | Amendment 0002 | 11-Sep-19 | 1 |
| Exhibit 004 | NEMHS Proposal | 17-Sep-19 | 20 |
| Exhibit 005 | Contract | 27-Sep-19 | 43 |
| Exhibit 006 | Task Order 1 | 2-Oct-19 | 4 |
| Exhibit 007 | Modification P00001 | 1-Oct-20 | 1 |
| Exhibit 008 | Task Order 2 | 1-Oct-20 | 7 |
| Exhibit 009 | Modification P00002 | 27-Sep-21 | 1 |
| Exhibit 010 | Task Order 3 | 1-Oct-21 | 7 |
| Exhibit 011 | Modification P00003 | 28-Oct-21 | 3 |
| Exhibit 012 | Modification P00004 | 27-Sep-22 | 5 |
| Exhibit 013 | Task Order 4 | 1-Oct-22 | 4 |
| Exhibit 014 | Modification P00006 | 9-Aug-23 | 11 |
| Exhibit 015 | Task Order 5 | 1-Oct-23 | 11 |
| Exhibit 016 | COR Delegation Memo (Charelle Cullivan) | 1-Oct-23 | 5 |
| Exhibit 017 | Modification P00007 | 22-Aug-24 | 6 |
| Exhibit 018 | Task Order 6 | 1-Oct-24 | 7 |
| Exhibit 019 | Invoice 10-15 VA WC | 15-Oct-24 | 2 |
| Exhibit 020 | Invoice Detail_Redacted | 15-Oct-24 | 13 |
| Exhibit 021 | Email (Notification of Over Billing)_Redacted | 18-Nov-24 | 7 |
| Exhibit 022 | Email (Claim) | 25-Nov-24 | 3 |
| Exhibit 023 | VA CO Final Decision_Redacted | 29-Jan-25 | 3 |
| Exhibit 024 | Notice of Appeal | 25-Mar-25 | 7 |

# Enclosure 2

# CBCA 8381

**North East Mobile Health Services v. Department of Veteran Affairs**

<span style="color:red">**Contract No. 36C4119D0030**</span>

**Rule 4 File Supplement**

**Table of Contents**

| EXHIBITS | DOCUMENT | DATE | PAGES |
|---|---|---|---|
| 025 | Email dated December 26, 2018 (Complaint Exhibit H) | 2018-12-26 | 4 |
| 026 | Email dated March 26, 2019 (Complaint Exhibit G) | 2019-03-26 | 4 |
| 027 | Email dated September 13, 2019 (Complaint Exhibit F) | 2019-09-13 | 7 |
| 028 | Email dated April 9, 2020 (Complaint Exhibit D) | 2020-04-09 | 1 |
| 029 | Email dated December 1, 2020 (Complaint Exhibit B) | 2020-12-01 | 1 |
| 030 | Email dated February 14, 2021 (Complaint Exhibit C) | 2021-02-14 | 2 |
| 031 | Email dated April 6, 2023 (Complaint Exhibit E) | 2023-04-06 | 1 |